EXHIBIT A- DIANE BLACKMAN

| ORIGINAL WORKS BY DIANE BLACKMAN | INFRINGING WORKS ON TEESPRING |
|---|---|





















**TeeSpring URL: https://teespring.com/Labrador-Retriever-Head-BlackC**
Infringing Image Retrieved:08/20/18 12:25 AM

**TeeSpring URL: https://teespring.com/Rosie-rottweiler-7498**
Infringing Image Retrieved:08/20/18 12:40 AM

**TeeSpring URL: https://teespring.com/love-of-a-dog-7765**
Infringing Image Retrieved:08/20/18 12:29 AM

**TeeSpring URL: https://teespring.com/Something-to-say-1471**
Infringing Image Retrieved:08/20/18 12:42 AM







TeeSpring URL: https://teespring.com/Pic23-b1-Us1-384
Infringing Image Retrieved:08/19/18 11:45 PM

TeeSpring URL: https://teespring.com/vegtrend-usw-20019
Infringing Image Retrieved:08/19/18 11:51 PM