EXHIBIT B- DOUG CAVANAUGH

DRAGON SLAYER – GOLD
THE HOP & BARLEY ALE HAUS T-SHIRT Be
don't get my irish up
SAINT PATRICK S DAY GREEN BADGE LOGO
Buy it now

Redbubble Ltd [AU] | https://www.redbubble.com/people/celthammerclub/works/20989594-celtic-harp?grid_pos=1&p=t-shirt&rbs=e418dd1c-e9f5-41ea-81...
Features
Reviews
Celtic Harp

Secure | https://teespring.com/shop/Celtic-Harp-32V?aid=marketplace&tsmac=marketplace&tsmic=search#pid=212&cid=5819&sid=front
Teespring
Celtic Harp 32
Buy it now
Available until Monday!
02
11
37
28

Redbubble Ltd [AU] | https://www.redbubble.com/people/celthammerclub/works/14496220-angel-of-death-celtic-harp?grid_pos=2&p=t-shirt&rbs=e418dd1...
Features
Reviews
"Angel of Death" Celtic Harp

Secure | https://teespring.com/shop/new-angel-of-death-celtic-ha?aid=marketplace&tsmac=marketplace&tsmic=search#pid=2&cid=573&sid=front
Teespring
Angel of Death - Celtic Harp
Buy it now
Available until Monday!
02
11
36
17

Redbubble Ltd [AU] | https://www.redbubble.com/people/celthammerclub/works/12262426-odin-entering-valhalla-on-sleipnir?c=343992-viking
REDBUBBLE
Find your thing
Men's Women's Kids & Babies Device Cases Stickers Greeting Cards Wall Art Home Decor Stationery Bags Gifts
Odin Entering Valhalla on Sleipnir
celthammerclub
JOINED JULY 2014
FOLLOW
AVAILABLE PRODUCTS
48
ARTIST NOTES

Secure | https://teespring.com/shop/Odin-Entering-Valhalla-on-SleE?aid=marketplace&tsmac=marketplace&tsmic=search#pid=2&cid=2397&sid=front
Teespring
Odin Entering Valhalla on Sleipnir 30
Buy it now
Available until Monday!
02
11
35
09

Redbubble Ltd [AU] | https://www.redbubble.com/people/celthammerclub/works/21399761-keltic-krampus-ii?grid_pos=1&p=classic-tee&rbs=a2fdae51-0db...
Features
Reviews
Keltic Krampus II

Secure | https://teespring.com/shop/keltic-krampus-ii-59-t1mg3h?aid=marketplace&tsmac=marketplace&tsmic=search#pid=212&cid=5819&sid=front
Teespring
Keltic Krampus Ii 59
Buy it now





