EXHIBIT C- OLIVIER DELMAS

| ORIGINAL WORKS BY OLIVIER DELMAS | INFRINGING WORKS ON TEESPRING |
|---|---|







