EXHIBIT D- ERIC FAN













