EXHIBIT E- JAY FLECK







Infringing Screenshot/Link
No Longer Available