EXHIBIT F- BENJAMIN GEIGER



**Created:**

**2012**

**First Public:**

**03/16/15**

**"Cuttlefish Pastel"**

Teespring
Cuttlefish Pastel
TOP SELLER
CUTTLEFISH PASTEL
cuttlefish, pastel
Click BUY IT NOW or RESERVE IT NOW to pick your size and order!
Delivery before Father's Day with Standard Shipping!
Available Products:
Classic Tee - $22.99

**Created:**

**2015**

**First Public:**

**06/09/15**

**"Shark in a Shirt"**

Teespring
Shark In A Shirt
Delivery before Father's Day with Standard Shipping!
Available Products:
Gildan Women's Relaxed Tee - $19.99

**Created:**

**2015**

**First Public:**

**09/14/15**

**"Black and White Tortoise"**

Black and White Tortoise
TOP SELLER
BLACK AND WHITE TORTOISE
black, tortoise
Click BUY IT NOW or RESERVE IT NOW to pick your size and order!
Delivery before Father's Day with Standard Shipping!
Available Products:
Gildan Women's Relaxed Tee - $22.99

**Created:**

**2012**

**First Public:**

**01/16/15**

**"Chameleon Remix"**

Teespring
Chameleon Remix
BEST SELLING
TANK/SHIRT
Delivery before Father's Day with Standard Shipping!
Available Products:
Classic Tee - $22.99





