EXHIBIT G- NINA GRONLUND









https://teespring.com/shop/cute-skulls-leggings?aid=marketplace&tsmac=marketplace&tsmic=search#pid=641&cid=102637&sid=front



