# EXHIBIT H- NEIL HAMPTON



| ORIGINAL WORKS BY NEIL HAMPTON | INFRINGING WORKS ON TEESPRING |





