EXHIBIT I- STEPHEN HARRIS

| ORIGINAL WORKS BY STEPHEN HARRIS | INFRINGING WORKS ON TEESPRING |
|---|---|







https://teespring.com/shop/raising-the-line-soldiers-2205





https://teespring.com/shop/pile-of-grey-bicycles-59z







https://teespring.com/shop/brick-layer-brick-game-la-1923?aid=marketplace&tsmac=marketplace&tsmic=search















