











| | |
|---|---|
|  | https://teespring.com/shop/hand-signals-white-30-3586 |
|  | https://teespring.com/shop/slam-puss-grey-77-8237 |
|  | https://teespring.com/shop/smartphone-bot-8000-telep-5908 |