EXHIBIT K- WILLIAM CHUA TIONG KENG



