EXHIBIT L- CHOW HON LAM





Infringing Screenshot/Link
No Longer Available



