EXHIBIT M- JENNIFER LE FEUVRE















https://teespring.com/shop/Purple-Daisies-in-Watercolor?aid=marketplace&tsmac=marketplace&tsmic=search#pid=2&cid=2397&sid=front







https://teespring.com/shop/Circle-of-Friends
E?aid=marketplace&tsmac=marketplace&ts
mic=search#pid=2&cid=2397&sid=front









