EXHIBIT O- DAMIEN MASON









