EXHIBIT Q- NICKERSTICKERS



| ORIGINAL WORKS BY NICKERSTICKERS | INFRINGING WORKS ON TEESPRING |





https://teespring.com/shop/Smart-Boxer-Dog?aid=marketplace&tsmac=marketplace&tsmic=search#pid=212&cid=5819& sid=front

https://teespring.com/shop/Smart-Australian-Cattle-Dog-H?aid=marketplace&tsmac=marketplace&tsmic=search#pid= 212&cid=5819&sid=front









https://teespring.com/shop/Smart-Dogo-Argentino-Dog?aid=marketplace&tsmac=marketplace&tsmic=search

















