





https://teespring.com/shop/Shiba-Inu-Mom-Dog?aid
=marketplace&tsmac=marketplace&
tsmic=search#pid=212&cid=5819&sid=front













