EXHIBIT R- DAVID OLENICK

| ORIGINAL WORKS BY DAVID OLENICK | INFRINGING WORKS ON TEESPRING |
| --- | --- |

Myth Understood Art Print
by David Olenick
Add to cart
The important thing is that I believe in myself.
Teespring
Loch Ness Monster
Buy it now
Anxietea Art Print
Calm the hell down
Calm The Tea Hell Down
Raw Truth Art Print
HEALTHY AS FUCK
Healthy as Fuck!
Careless Whisker Art Print
CATS DON'T GIVE A FUCK
Cat don't give a fuck

The Pugly Truth Art Print
WHATEVER.
FEED ME.
THE PUGLY TRUTH
Purrfectly Honest Framed Art Print
IF I WERE BIGGER I'D TEAR YOU APART.
TEAR YOU APART
Cold Comfort T-shirt
NOBODY HAS TO KNOW.
COLD COMFORT 1
Spruced Up Framed Art Print
You've got a lot of balls coming in here dressed like that
SPRUCED UP

Unisex T-Shirt
Amourosaurus 7
Abandoned Chip Framed Art Print
This is guacward.
Well This is Guacward
Prey Tell Art Print
I HATE LIONS SO MUCH
Infringing Screenshot/Link
No Longer Available
Brewmance Art Print
I LOVE YOU, MAN.
I Love You Man By Drunk Beer 43

Delivery Policy Art Print
Sorry. No returns or exchanges.
SORRY, NO RETURNS OR EXCHANGES – BEST SE
For the Birds Art Print
MORNING PEOPLE ARE THE WORST
Morning People are The Worst t shirt
Neigh Sayer Unisex Tank Top
YOUR EXISTENCE IS POINTLESS
Neigh Sayer Girls
BEST SELLING TANK/SHIRT
Heated Rhetoric Canvas Print
FUUUCK IT'S HOT
Heated Rhetoric

The Spirit of Giving Stationery Cards
by David Olenick
$15.99
Add to cart
I'M THE GHOST OF CHRISTMAS PRESENT.
Christmas Funny #11 – Ghost Present
from Christmas Funny
Get one of best Christmas Funny Shirt Collection ever!
Hanes Tagless Tee - $20.00
Body English Art Print
by David Olenick
GETTIN' FIGGY WITH IT
Body English
Bride Hair Day Art Print
by David Olenick
I woke up like this.
BRIDE HAIR DAY
Seasonal Employment Art Print
by David Olenick
Working over the holidays?
Off and on...
Seasonal Employment T-Shirt
Buy it now

When You're Feeling Merlot Framed Art Print
by David Olenick
LET'S JUST GET THROUGH THIS
Add to cart
David Olenick - Lets Just Get Through This T-Shirt
Half in the Bag Again Art Print
by David Olenick
Binge there, done that!
Half In The Bag Again