EXHIBIT S- LIZA PHOENIX

| ORIGINAL WORKS BY LIZA PHOENIX | INFRINGING WORKS ON TEESPRING |
|---|---|





























