Unisex T-Shirt
$19.90
Add to cart
Unicorn Poop Candy
Sparkle Drops
Vegan Soy Milk
BEST SELLING TANK/SHIRT
milk
WORLD S SWEETEST AUNTIE
world's sweetest auntie
GREEN POLKA DOTTED MUSHROOM

Womens T-Shirt
$25.00
Mom Tshirt Cute Best Cloud Mom
best mom ever
Buy it now
Unisex T-Shirt
$19.90
DEAD-INSIDE-CUTE-RAINBOW-UNICORN
dead inside
Halloween Bat Cake
Peeing Sprinkles
BEST SELLING TANK/SHIRT

Unisex T-Shirt
$19.90
HEART FART
We are all Made of Stars
Cute Mushroom Cat
Happy Balls

Unisex T-Shirt
$19.90
Add to cart
Sweetheart
Buy it now
Unisex T-Shirt
$19.90
Add to cart
Jakkurantan
Buy it now
Unisex T-Shirt
$19.90
Add to cart
RAINBOW FRIES
RAINBOW FRIES
Only available for a LIMITED TIME, so get yours TODAY! 100% cotton, printed right here in the U.S.A.
You won't find this design anywhere else. Order with friends or family and save on shipping. We ship to more than 170 countries.
Click the "GREEN BUTTON" to get one. CAMPAIGN WILL END SOON AND GO TO PRINT SO RESERVE YOURS TODAY.
Available Products:
Gildan 8oz Heavy Blend Hoodie - $38.99