EXHIBIT T- ALAN PIRIE





| | |
|---|---|
| | Infringing Screenshot/Link No Longer Available |
| | Infringing Screenshot/Link No Longer Available |
| | Infringing Screenshot/Link No Longer Available |