EXHIBIT U- NATHAN RYDER











