EXHIBIT V- JENNIFER SMITH

| ORIGINAL WORKS BY JENNIFER SMITH | INFRINGING WORKS ON TEESPRING |
|---|---|









Infringing Screenshot/Link No Longer Available

