





Infringing Screenshot/Link No Longer Available



