





Infringing Screenshot/Link
No Longer Available
Infringing Screenshot/Link
No Longer Available
Graphic T-Shirt
$32.44
Add to cart
Men's Premium T-Shirt
$43.33
Drifting Jellyfish T-Shirt
Buy it now
DRIFTING JELLYFISH II

REDBUBBLE
Men's Premium T-Shirt
$43.33
Add to cart
UGLY PUGLY II
Teespring
REDBUBBLE
Men's Premium T-Shirt
$43.33
Add to cart
Valentines Bear T-Shirt
Teespring
Buy it now
REDBUBBLE
Unisex T-Shirt
$21.55
Add to cart
Break Up Bear T-Shirt
Teespring
Buy it now
REDBUBBLE
Graphic T-Shirt
$32.44
Add to cart
Science Experiments T Shirt
Teespring

