EXHIBIT W- BALAZS SOLTI

| ORIGINAL WORKS BY BALAZS SOLTI | INFRINGING WORKS ON TEESPRING |
|---|---|





























