EXHIBIT Z- ZACH TERRELL



