EXHIBIT AA- SIERRA TIEGS



