EXHIBIT BB- MAIKE VIERKANT



