UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKERSTICKERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEESPRING, INC., <br><br> Defendant. | Case No. 20-cv-01423-TSH <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Richard Seeborg for consideration of whether the case is related to *Blackman v. Teespring, Inc,* 19-cv-01494-RS.

**IT IS SO ORDERED.**

Dated: July 9, 2020

_____
THOMAS S. HIXSON
United States Magistrate Judge