| | |
|---|---|
| VICTOR JIH, State Bar No. 186515<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>633 West Fifth Street, Ste. 1550<br>Los Angeles, CA  90071-2027<br>Telephone: (323) 210-2900<br>Facsimile:  (866) 974-7329<br>Email: vjih@wsgr.com<br><br>JAMIE Y. OTTO, State Bar No. 295099<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile:  (650) 565-5100<br>Email: jotto@wsgr.com<br><br>*Attorneys for Defendant*<br>TEESPRING, INC. | Stephen M. Doniger (SBN 179314)<br>stephen@donigerlawfirm.com<br>Scott Alan Burroughs (SBN 235718)<br>scott@donigerlawfirm.com<br>Trevor W. Barrett (SBN 287174)<br>tbarrett@donigerlawfirm.com<br>Justin M. Gomes (SBN 301793)<br>jgomes@donigerlawfirm.com<br>David R. Shein (SBN 230870)<br>david@donigerlawfirm.com<br>DONIGER / BURROUGHS<br>603 Rose Avenue<br>Venice, CA 90291<br>Telephone: (310) 590-1820<br><br>*Attorneys for Plaintiff*<br>DIANE BLACKMAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANE BLACKMAN,<br><br>          Plaintiff,<br><br>    v.<br><br>TEESPRING, INC., et al.,<br><br>          Defendants. | CASE NO.:  3:19-cv-01494-RS (SK)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND  ORDER** |

1  Plaintiff Diane Blackman, by and through her attorneys of record, and Defendant
2 Teespring, Inc., by and through its attorneys of record, hereby notify the Court that the parties
3 have settled this matter.  Consequently, pursuant to Rule 41 (a)(1)(A)(ii), the parties stipulate and
4 agree that the above-entitled action be dismissed with prejudice, with the Court maintaining
5 jurisdiction over the parties to this action in connection with the enforcement of the settlement
6 agreement between the parties, and with each party to bear its own costs and attorney fees and
7 that a judgment of dismissal with prejudice be entered in the above-captioned action pursuant to
8 this stipulation of dismissal with prejudice.
9  WHEREFORE the parties pray for an Order from the Court dismissing this action with
10 prejudice.

12 Dated:  October 15, 2020

*/s/ Jamie Y. Otto*
Jamie Y. Otto
WILSON SONSINI GOODRICH & ROSATI

*Attorneys for Defendant*
TEESPRING, INC.

16 Dated:  October 15, 2020

*/s/ David R. Shein*
David R. Shein
DONIGER / BURROUGHS

*Attorneys for Plaintiff*
DIANE BLACKMAN

22 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   10/15/2020

RICHARD SEEBORG
United States District Judge

STIPULATION OF DISMISSAL WITH PREJUDICE             -1-             Case No. 3:19-cv-01494-RS